IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASADULLAH HAROON "AL AFGHANI" GUL, DETAINEE AT GUANTANAMO BAY, CUBA<br>    *Petitioner/Plaintiff*<br><br>v.<br><br>BARACK H. OBAMA, PRESIDENT OF THE UNITED STATES<br><br>ASHTON B. CARTER, SECRETARY OF DEFENSE<br><br>REAR ADMIRAL PETER J. CLARKE, COMMANDER, JOINT TASK FORCE GUANTANAMO<br><br>    *Respondents/Defendants* | No. 1:16-cv-01462 |

## UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER

Petitioner's counsel are attempting to initiate contact with their client, Petitioner Asadullah Haroon "al Afghani" Gul. Specifically, counsel plans to travel to Guantánamo Bay to visit their client in August 2016. Respondents have informed counsel that unless the Protective Order described below is entered in this case, counsel will not be permitted to correspond or meet with Mr. Gul. Petitioner therefore respectfully moves for the expedited entry of the following Order: Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, issued on September 11, 2008 (*In Re Guantánamo Bay Detainee Cases,* Misc. No. 08-0442*).*

Entry of the Protective Order would permit counsel the opportunities accorded counsel in other Guantánamo Bay detainee cases in which the Protective Order has been entered to send mail to petitioners by way of the legal mail procedures outlined in the Protective Order and to visit petitioners at Guantánamo Bay, upon compliance with the terms of the Protective Order. Pursuant to Local Civil Rule 7(m), undersigned counsel for Petitioners conferred with Respondents' counsel on July 19, 2016. Respondents' counsel do not oppose this motion. A proposed order is attached.

Dated: August 1, 2016

Respectfully submitted,

    /s/ Tara J. Plochocki
**LEWIS BAACH PLLC**
Eric L. Lewis (D.C. Bar #394643)
Tara J. Plochocki (D.C. Bar #989404)
1899 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20006
(202) 833-8900
*eric.lewis@lewisbaach.com*
*tara.plochocki@lewisbaach.com*

**REPRIEVE**
Shelby Sullivan-Bennis (NY Bar #5364278)
P.O. Box 72054
London EC3P 3BZ
United Kingdom
011 44 207 553 8140
*shelby.sullivan-bennis@reprieve.org*
(646) 757-4747
(612) 872-4967 (FAX)

*Counsel for Petitioner*