**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASADULLAH HAROON "AL AFGHANI" GUL, | |
| Petitioner, | |
| v. | No. 16-CV-01462 (APM) |
| DONALD J. TRUMP, *et al.*, | |
| Respondents. | |

**RESPONDENTS' STATUS REPORT PURSUANT
TO THE COURT'S ORDER OF APRIL 12, 2017**

Respondents hereby file this status report pursuant to the Court's Order of April 19, 2017 (ECF No. 32).   The Order required that, on or before April 19, 2017, "Respondents shall file a status report which (a) proposes a deadline for the production of declassified versions of their three factual returns and supporting materials, and (b) advises the court on the feasibility of a rolling declassification of the returns and production to Petitioner's counsel."  Order (Apr. 12, 2017) at 1.

In response to the Court's Order, the undersigned counsel has conferred with the relevant agencies who have equities in the information contained in Respondents' three classified supplemental factual returns.  Based upon those discussions, Respondents propose the following deadlines to serve Petitioner's counsel with declassified versions of the three classified supplemental returns:

June 23, 2017: Deadline to serve Petitioner's counsel with the FOUO version and the government's proposed publicly releasable version of Respondents' Supplemental Factual

Return, which was filed with the Court Information Security Officer ("CISO") on November 21, 2016 (*see* Notice of Classified Filing, ECF No. 17).[1]

July 21, 2017: Deadline to serve Petitioner's counsel with the FOUO version and the government's proposed publicly releasable version of Respondents' Second Supplemental Factual Return, which was filed with the CISO on January 23, 2017 (*see* Notice of Classified Filing, ECF No. 22).

September 22, 2017: Deadline to serve Petitioner's counsel with the FOUO version and the government's proposed publicly releasable version of Respondents' Third Supplemental Factual Return, which was filed with the CISO on March 2, 2017 (*see* Notice of Classified Filing, ECF No. 27).

With respect to part (b) of the Court's Order, Respondents propose to serve Petitioner's counsel with the FOUO and proposed publicly releasable versions of each supplemental factual return on a rolling basis as they are completed in accordance with the deadlines listed above. Given the length of Respondents' Third Supplemental Factual Return, the large volume of supporting materials, and the multiple agencies with equities in the information, Respondents will require the most time to complete the classification review of that filing. In the interim, however, Respondents propose to process and produce the declassified versions of the first two classified supplements,

---

[1]     Pursuant to paragraph 34 of the Protective Order entered in this case (ECF No. 7), Respondents may seek to have the Court deem certain sensitive but unclassified information in the proposed publicly releasable version of the factual return as "protected," and thus not publicly releasable. In such case, Respondents will disclose the protected information to Petitioner's counsel and attempt to reach an agreement about the designation of protected information prior to filing a motion with the Court. *See* Protective Order ¶ 34. Because any litigation over the designation of protected information must be resolved before declassified factual returns can be publicly filed on ECF, all proposed deadlines related to publicly releasable versions of Respondents' three classified supplemental factual returns refer to the dates on which Respondents propose to serve Petitioner's counsel with the proposed public versions of the returns.

which will provide Petitioner's counsel with declassified versions of some materials on an ongoing basis.[2]

It is not practicable, however, to produce a subset of the materials within a particular supplemental return on a rolling basis before the classification review of the entire filing is completed and the declassified versions are finalized.  Classification review of Guantanamo Bay habeas corpus filings requires time-consuming, careful review by multiple agencies to avoid any inadvertent disclosure of information that endangers national security or, conversely, mistaken redaction of information that is not classified or sensitive.  As part of the classification review process, each document must be carefully reviewed by each agency with equities in the information, line-by-line and word-by-word, to sort out what material is unclassified and can be released to the public; what material is currently classified but can be declassified; what material is classified and must  remain so to prevent harm to national security; and what material, though unclassified, should remain under seal to protect other equities.  The results of the interagency classification review are then compiled, and that  initial work is subjected to a multiagency quality control process to help ensure accuracy and completeness.  Because of the numerous agencies and agency components involved, the multiple layers of review and processing required for each document, and the need to ensure consistency across various related documents in a single filing, it is not feasible to effectively coordinate an appropriate classification review in a manner that allows for rolling productions on a document-by-document basis (as opposed to the filing-by-filing basis Respondents propose).  Production of the supplemental returns in accordance with

---

[2]       Respondents have confirmed that all of the supporting materials attached to Respondents' first supplemental factual return were included in their second supplemental factual return, and all supporting materials attached to the second supplemental factual return were included in Respondents' third supplemental factual return.

Respondents' proposed schedule, however, will provide counsel with information at regular

intervals.

Dated: April 19, 2017                    Respectfully submitted,

                                         CHAD A. READLER
                                         Acting Assistant Attorney General

                                         TERRY M. HENRY
                                         Assistant Branch Director

                                         */s/ Kathryn C. Davis*
                                         JULIA A. BERMAN (DC Bar No. 986228)
                                         KATHRYN C. DAVIS (DC Bar No. 985055)
                                         Trial Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Avenue, N.W.
                                         Washington, D.C.  20530
                                         Tel:    (202) 616-8298
                                         Fax:    (202) 616-8460
                                         Email: Kathryn.C.Davis@usdoj.gov