**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ASADULLAH HAROON "AL AFGHANI" GUL, DETAINEE AT GUANTANAMO BAY, CUBA<br><br>         Petitioner,<br><br>      v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>         Respondents. | No. 1:16-cv-01462 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PETITIONER
TO FILE REPLY IN SUPPORT OF MOTION FOR DISCOVERY**

Pursuant to this Court's Order dated April 12, 2017 (ECF No. 32), Petitioner must file his reply in support of motion for discovery on or before June 23, 2017. Petitioner seeks a brief extension until June 30, 2017 to allow time for the parties to meet and confer to narrow the scope of the dispute. Respondents' counsel have indicated that Respondents do not oppose the extension sought herein.

Dated:  June 23, 2017

          Respectfully submitted,

          /s/ Tara J. Plochocki
          **LEWIS BAACH KAUFMANN
          MIDDLEMISS PLLC**
          Eric L. Lewis (D.C. Bar #394643)
          Tara J. Plochocki (D.C. Bar #989404)
          1899 Pennsylvania Avenue, NW, Suite 600
          Washington, DC 20006
          (202) 833-8900
          *eric.lewis@lbkmlaw.com*
          *tara.plochocki@lbkmlaw.com*

**REPRIEVE**
Shelby Sullivan-Bennis (NY Bar #5364278)
P.O. Box 72054
London EC3P 3BZ
United Kingdom
+11 44 207 553 8140
*shelby.sullivan-bennis@reprieve.org*

*Counsel for Petitioner*