**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ASADULLAH HAROON "AL AFGHANI"
GUL, DETAINEE AT
GUANTANAMO BAY, CUBA

        Petitioner,

v.

DONALD J. TRUMP, *et al.*,

        Respondents.

No. 1:16-cv-01462

**[PROPOSED] ORDER**

The Court, having fully considered the Unopposed Motion for Extension of Time for Petitioner to File Reply in Support of Motion for Discovery, hereby ORDERS that the Motion be GRANTED. Petitioner shall file his reply on or before June 30, 2017.

IT IS SO ORDERED, this _____ day of June, 2017.

                                  _____
                                  Hon. Amit P. Mehta
                                  United States District Judge