IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASADULLAH HAROON "AL AFGHANI" GUL, DETAINEE AT GUANTANAMO BAY, CUBA<br><br>                Petitioner,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                Respondents. | No. 1:16-cv-1462 |

**MOTION OF PETITIONER FOR LEAVE TO FILE RESPONSE TO THE GOVERNMENT'S RESPONSE TO PETITIONER'S REQUEST FOR A HEARING ON CASE MANAGEMENT**

Petitioner Haroon Gul hereby moves pursuant to LCvR 7(b) and (d) for leave to file a response to the government's response to petitioner's status report and request for a hearing. On June 18, 2018, petitioner filed a status report and request for hearing in which he raised the possibility of phasing legal briefing in this matter in an attempt to streamline proceedings. To that end, petitioner put forth two questions concerning the legal authority to detain persons who belonged to an associated force that is now at peace, and suggested that these questions could be briefed before the parties address the merits of the case. This proposal was not intended to be a motion, but a starting point for the parties and the Court to discuss—in the requested hearing—a way to advance the case while discovery is pending. Petitioner did not object to the government's request to file a response, and has no opposition to discussing the merits of the proposal via memoranda submitted to the Court.

Last night, the government filed a 10-page brief containing a host of legally significant

1

contentions that misconstrue what is being proposed.  Petitioner maintains that his proposal contains merit and that briefing the two questions presented therein would determine threshold questions posed by the facts of this case.  Since it would benefit the Court for petitioner to present a fulsome explanation of the proposal and to address the legal points raised by the government, petitioner requests that he be granted leave to file a response to the government by July 16, 2018.

Petitioner recognizes that if the Court treated petitioner's request for a status hearing as a motion, then ordinarily petitioner would only have seven days to file a reply per LCvR 7(d).  Petitioner respectfully requests that the Court allow him 14 days to file a responsive brief.  This longer time period is requested because this will be petitioner's filing on the merits of the case management proposal, there is a national holiday this week, and counsel for petitioner is currently abroad.  This time period will not prejudice the government by accelerating any deadlines or creating additional impositions; the government is currently in the middle of 30-day extension to follow up on petitioner's narrowed discovery requests.  The parties' only outstanding obligation is to file another joint status report by July 18, 2018.

For these reasons, petitioner respectfully requests the Court to grant his motion for leave to file a responsive brief by July 16, 2018.

Dated:  July 3, 2018

                                    Respectfully submitted,

                                    /s/ Tara J. Plochocki
                                  **LEWIS BAACH KAUFMANN**
                                  **MIDDLEMISS PLLC**
                                  Eric L. Lewis (D.C. Bar #394643)
                                  Tara J. Plochocki (D.C. Bar #989404)
                                  1899 Pennsylvania Avenue, NW, Suite 600

3

Washington, DC 20006
(202) 833-8900
*eric.lewis@lbkmlaw.com*
*tara.plochocki@lbkmlaw.com*

**REPRIEVE**
Shelby Sullivan-Bennis (NY Bar #5364278)
405 Lexington Ave.
New York, NY 10174
 (401) 835-4214
*shelby.sullivan-bennis@reprieve.org*

*Counsel for Petitioner*