**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ASADULLAH HAROON "AL AFGHANI" GUL,  ) ) ) ) Petitioner, ) ) v. ) ) DONALD TRUMP, *et al.*, ) ) Respondents. ) ) | Civil Action No. 1:16-cv-1462 (APM) |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report consistent with their proposal in their July 18, 2018 status report, *see* ECF No. 68, that they further report to the Court on August 1, 2018, their progress in finalizing their agreement-in-principle resolving Petitioner's outstanding motion to compel additional discovery. *See id.* at 3.

The parties have finalized their agreement, and thereby have resolved their outstanding discovery dispute. Under their agreement:

- As to two specific witnesses named in the third supplemental factual return, if they were in U.S. custody, Respondents, by August 31, 2018, will complete a search for information reflecting whether those individuals were released and, if so, when;

- As to Exhibits 31–36, 38–40, 48–49, 51, 53, 55, 57, 59, 62, and 114–122 of the third supplemental factual return, Respondents will endeavor to provide Petitioner a means of determining which documents contain information from the same source by September 7, 2018. To do this, Respondents will assign letters to the anonymous

sources for purposes of this litigation, and will then identify, for example, which documents contain information from "Source A" and which documents contain information from "Source B," etc. Additionally, as to the exhibits listed above, for any anonymous sources upon which Respondents rely, and to the extent the documents contain sufficient identifying information, Respondents will conduct reasonable searches by August 17, 2018, for any information that would materially undermine the credibility of those sources;[1] and

- In light of this agreement, Petitioner's pending motion to compel discovery, *see* ECF No. 41, should be considered moot.

Dated: August 1, 2018          Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

 */s/ Julia A. Berman*
JULIA A. BERMAN (D.C. Bar No. 986228)
KATHRYN C. DAVIS (D.C. Bar No. 985055)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

---

[1] Because it is not possible to determine the amount of time that will be needed for the clearance and production of responsive information, if any, identified in these searches, until the searches are completed and the nature and volume of that information is known, the timeframes set forth herein pertain to Respondents' searches for information, rather than production deadlines. The parties plan to confer regarding a reasonable production schedule following the completion of Respondents' searches.

Tel: (202) 616-8480
Fax: (202) 616-8470
Email: julia.berman@usdoj.gov
*Attorneys for Respondents*

 /s/ Tara J. Plochocki
**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**
Eric L. Lewis (D.C. Bar #394643)
Tara J. Plochocki (D.C. Bar #989404)
1899 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20006
(202) 833-8900
eric.lewis@lbkm.com
tara.plochocki@lbkm.com

**REPRIEVE**
Shelby Sullivan-Bennis (NY Bar #5364278)
P.O. Box 72054
London EC3P 3BZ
United Kingdom
011 44 207 553 8140
shelby.sullivan-bennis@reprieve.org
(646) 757-4747
(612) 872-4967 (FAX)
*Counsel for Petitioner*