UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASADULLAH HAROON "AL AFGHANI" GUL, DETAINEE AT GUANTANAMO BAY, CUBA<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　Respondents. | No. 1:16-cv-01462-APM |

## NOTICE

Petitioner appreciates the Court's filing the notice of the decision which came down today in *Al-Alwi v. Trump*, No. 17-5067 from the Court of Appeals. Petitioner intends to address the opinion and why it does not resolve the question as to the status of Hezb-i-Islami Gulbuddin as an associated force and the legal authority to detain petitioner on that basis. With the Court's permission, petitioner would intend to submit a response concerning the *Al-Alwi* case after government informs the Court of its position as to whether Hezb-i-Islami Gulbuddin remains an associated force engaged in active hostilities, as the Court so ordered at the status conference held on August 3, 2018.

Dated: August 7, 2018　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Tara J. Plochocki
　　　　　　　　　　　　　　　　**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**
　　　　　　　　　　　　　　　　Eric L. Lewis (D.C. Bar #394643)
　　　　　　　　　　　　　　　　Tara J. Plochocki (D.C. Bar #989404)
　　　　　　　　　　　　　　　　1101 New York Avenue NW, Suite 1000
　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　(202) 833-8900

*eric.lewis@lbkmlaw.com*
*tara.plochocki@lbkmlaw.com*

**REPRIEVE**
Shelby Sullivan-Bennis (NY Bar #5364278)
405 Lexington Ave.
New York, NY 10174
 (401) 835-4214
*shelby.sullivan-bennis@reprieve.org*

*Counsel for Petitioner*