UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASADULLAH HAROON "AL AFGHANI" GUL (ISN 3148),<br><br>Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Respondents. | Case No. 16-cv-01462 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of January 22, 2019, the parties respectfully submit this joint status report proposing a new date for the status hearing originally set for January 31, 2019, as well as a new deadline for the production of certain documents and Respondents' forthcoming motion to amend. *See* Min. Order (Jan. 22, 2019).

1. The parties propose a status hearing at a time convenient for the Court on either March 8, 14, or 15, or as soon thereafter as the Court's calendar permits. Petitioner's counsel is unavailable March 11-13.

2. The parties propose that Respondents' motion to supplement the record be due on May 20, 2019 and that, by the same date, Respondents' complete the clearance and production of inculpatory and exculpatory materials to Petitioner's counsel, as discussed in the status conference held on December 21, 2018.

3. The parties propose that Petitioner's Traverse be due no later than July 19, 2019.

4. These proposed dates extend the prior deadlines in this matter by an amount of time that is, essentially, commensurate to the length of the recent lapse of appropriations.

1

Dated: January 30, 2019        Respectfully submitted,

           */s/ Tara J. Plochocki*
Tara J. Plochocki (D.C. Bar No. 989404)
Eric L. Lewis (D.C. Bar No. 394643)
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
1101 New York Avenue, NW, Suite 1000
Washington, DC 20005
Tel: (202) 833-8900
Email: tara.plochocki@lbkm.com

Shelby Sullivan-Bennis (Pursuant to LCvR 83.2(g))
REPRIEVE U.S.
405 Lexington Avenue, Suite 64
Tel: (401) 835-4214
Email: shelby.sullivan-bennis@reprieve.org

*Counsel for Petitioner*


JOSEPH H. HUNT
Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

           */s/ Kathryn C. Davis*
JULIA A. HEIMAN (D.C. Bar No. 986228)
KATHRYN C. DAVIS (D.C. Bar No. 985055)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Tel: (202) 616-8298
Fax: (202) 616-8460
Email: Kathryn.C.Davis@usdoj.gov

*Counsel for Respondents*