<div align="center">

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

</div>

|  |  |
|---|---|
| IN RE: GUANTÁNAMO BAY<br>DETAINEE LITIGATION<br><br>Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Respondents. | Case Nos.<br><br>05-cv-764 (CKK)<br>05-cv-1607 (RCL)<br>05-cv-2386 (RBW)<br>08-cv-1440 (CKK)<br>04-cv-1194 (TFH)<br>04-cv-2022 (PLF)<br>16-cv-1462 (APM)<br>05-cv-1592 (RCL)<br>05-cv-1048 (RCL)<br>05-cv-2380 (CKK)<br>05-cv-1983 (RCL) |

<div align="center">

**<u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>**

</div>

Please take notice that Shelby Sullivan-Bennis, the undersigned counsel on behalf of Reprieve U.S., hereby withdraws as counsel for Petitioners in the above-captioned cases. Petitioners will continue to be represented by other counsel of record.


Dated: March 20, 2019

<div align="right" style="width:50%; margin-left:auto;">

Respectfully submitted,

 /s/ Shelby Sullivan-Bennis
Shelby Sullivan-Bennis (Pursuant to LCvR 83.2(g))
REPRIEVE U.S.
405 Lexington Ave., Fl. 64 New York, NY 10174
Tel: (401) 660-6538
Fax: (401) 633-6487
shelby@reprieve.org

*Counsel for Petitioners*

</div>