# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASADULLAH HAROON "AL AFGHANI" GUL, | ) ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) )  Civil Action No. 1:16-cv-1462 (APM) |
| DONALD TRUMP, *et al.*, | ) ) ) |
| Respondents. | ) ) ) |

## [PROPOSED] ORDER

The Court, having fully considered the Respondents' Motion to Amend the Third Supplemental Factual Return, and any submissions in opposition thereto and in support thereof, hereby **ORDERS** that the motion be **GRANTED**.

IT IS SO **ORDERED**, this _____ day of _____, 2019.

_____
Hon. Amit P. Mehta
United States District Judge