UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASADULLAH HAROON "AL AFGHANI" GUL,<br><br>    Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    Respondents. | No. 16-CV-01462 (APM) |

**ORDER**

Upon consideration of Respondents' Unopposed Motion to Stay the Court's January 24, 2020 Briefing Schedule for Respondents' Response to Petitioner's Traverse, it is hereby **ORDERED** that Respondents' Motion is **GRANTED**. The current deadlines for Respondents to file a response to Petitioner's Traverse, and for Petitioner to file his reply, are stayed. The parties shall file a joint status report in 30 days to apprise the Court of any additional information and propose a new briefing schedule, as appropriate.

**SO ORDERED.**

Dated: _____             _____
                           Amit P. Mehta
                           United States District Judge